JACKSON, *ex dem.* ERVING AND OTHERS, *against* BUSHNELL.

It is too late, after trial, to move, that the lessors of the plaintiff, who were infants, file security for costs, *nunc pro tunc.*

*HENRY* moved, that the lessors of the plaintiff file security for costs, *nunc pro tunc.* The lessors were infants, and that fact was known to the attorney of the plaintiffs when the suit was commenced. The cause had been tried, and a verdict found for the defendant.

*Parker,* contra.

*Per Curiam.* This motion must be denied. The defendant comes too late, after verdict, to ask for security for costs. Had the application been made before trial, the court would have ordered the proceedings stayed until security for costs was filed. But we can find no practice to warrant us in directing it to be done in this stage of the cause, *nunc pro tunc.*

Motion denied.